Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
# District of Nebraska (4 Lincoln)
# CRIMINAL DOCKET FOR CASE #: 4:23-mj-03000-CRZ All Defendants

Case title: USA v. Zeman

Date Filed: 01/04/2023

Other court case number: 2:22mj905 USDC-Utah

Date Terminated: 01/05/2023

Assigned to: Magistrate Judge Cheryl R. Zwart

### Defendant (1)

**Aaron Michael Zeman**
*TERMINATED: 01/05/2023*
*also known as*
Tadashi Kura Kojima
*TERMINATED: 01/05/2023*

represented by **Korey L. Reiman**
FEDERAL PUBLIC DEFENDER'S OFFICE - LINCOLN
100 Centennial Mall North
112 Federal Building
Lincoln, NE 68508
402-221-7820
Email: korey_reiman@fd.org
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

(Count 1) KIDNAPPING 18:1201(a)(1), 1201(d), and 1201(g)(1); (Count 2)

**Disposition**

PRODUCTION OF CHILD PORNOGRAPHY 18:2251(a); (Count 3) TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT 18:2423(b); (Count 4) COERCION AND ENTICEMENT 18:2422(b)

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Daniel D. Packard** <br> U.S. ATTORNEY'S OFFICE - LINCOLN <br> 100 Centennial Mall North <br> Suite 487, Federal Building <br> Lincoln, NE 68508-3865 <br> 402-437-5241 <br> Fax: 402-437-5390 <br> Email: daniel.packard@usdoj.gov <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2023 | 1 | RULE 5 COMPLAINT - OUT (COPY OF COMPLAINT) signed by Magistrate Judge Dustin B. Pead as to defendant Aaron Michael Zeman. USDC-Utah case number 2:22mj905. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (JAB) (Entered: 01/04/2023) |
| 01/04/2023 | 2 | RESTRICTED HEARING INSTRUCTIONS AND ORDER as to defendant Aaron Michael Zeman. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. **Initial Appearance on Rule 5 out set for 1/5/2023 at 01:30 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. At the time of the hearing, the defendant must be connected to the videoconference using the connection information contained herein. Ordered by Magistrate Judge Cheryl R. Zwart. (E-mailed to Hall Co.)(JAB) (Entered: 01/04/2023) |
| 01/05/2023 | 3 | MOTION for Writ of Habeas Corpus Ad Prosequendum by Attorney Daniel D. Packard as to defendant(s) Aaron Michael Zeman. (Packard, Daniel) (Entered: 01/05/2023) |
| 01/05/2023 | 4 | ORDER and WRIT granting 3 Motion for Writ of Habeas Corpus ad prosequendum as to Aaron Michael Zeman (1). ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (E-mailed to USM)(JAB) (Entered: 01/05/2023) |

| | | | |
|---|---|---|---|
| 01/05/2023 | 6 | | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 1/5/2023 as to defendant Aaron Michael Zeman. Hearing held on Rule 5 documents. Complaint and Warrant filed in the U.S. District Court for the District of Utah, case number 2:22mj905. Defendant has seen a copy of the Complaint. Rights explained. Appointment of counsel requested. Court appoints the Federal Public Defender to represent defendant in the Nebraska case only. Identity hearing waived. Government moves for detention. Preliminary and Detention hearings waived in this district, but defendant reserves the right to have those hearings in the home district. Government's oral motion for detention is granted. Defendant remanded to the custody of the U.S. Marshal to be returned to Utah. Appearance for Plaintiff: Daniel D. Packard; For Defendant: Korey L. Reiman, FPD; Courtroom Deputy: Jeri A. Bierbower; Reporter: Digital Recorder. Time Start: 1:35 PM; Time Stop: 1:50 PM; Time in Court: 15 Minutes. (JAB) (Entered: 01/05/2023) |
| 01/05/2023 | 7 | | 🔊 AUDIO FILE. Audio as to Defendant (1) Aaron Michael Zeman. Court Date & Time [ 1/5/2023 1:35:30 PM ]. File Size [ 3243 KB ]. Run Time [ 00:13:31 ]. (Initial Appearance on Rule 5 out). (auto-docket). (Entered: 01/05/2023) |
| 01/05/2023 | 8 | | ORDER APPOINTING COUNSEL - The Federal Public Defender for the District of Nebraska is appointed to represent the defendant in this matter as to defendant Aaron Michael Zeman. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 01/05/2023) |
| 01/05/2023 | 9 | | WAIVER of Rule 5 Hearings - right to Identity, Preliminary and Detention Hearings waived by Attorney Korey L. Reiman as to defendant Aaron Michael Zeman. (JAB) (Entered: 01/05/2023) |
| 01/05/2023 | 10 | | RULE 5 ORDER as to defendant Aaron Michael Zeman. Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named defendant and to transport the defendant with a certified copy of this order forthwith to the prosecuting district specified. Ordered by Magistrate Judge Cheryl R. Zwart. (1 Certified copy to USM)(JAB) (Entered: 01/05/2023) |
| 01/05/2023 | 11 | | COMMITMENT TO ANOTHER DISTRICT as to Aaron Michael Zeman. Defendant committed to District of USDC-Utah as to defendant Aaron Michael Zeman. Ordered by Magistrate Judge Cheryl R. Zwart. (1 Certified copy to USM)(JAB) (Entered: 01/05/2023) |
| 01/06/2023 | 12 | | Notice to USDC-Utah of a Rule 5 Initial Appearance. Your case number is: 2:22mj905 as to defendant Aaron Michael Zeman. The following documents are available on the public docket: Initial Appearance Minutes 6 , Audio File 7 , Order Appointing Counsel 8 , Waiver of Rule 5 Hearings 9 , Rule 5 Order 10 , and Commitment to Another District 11 . NOTE: All sealed and restricted documents will be sent via a separate e-mail. To request additional transfer information, please send a request to: clerk@ned.uscourts.gov. (JAB) (Entered: 01/06/2023) |