IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MICHAEL ZEMAN a/k/a<br>Tadashi Kura Kojima,<br><br>Defendant. | 4:23MJ3000<br><br>**RESTRICTED ORDER** |

IT IS ORDERED:

1) Defendant's Initial Appearance, Arraignment, and Detention Hearing will be held at 1:30 p.m. on January 5, 2023 before the undersigned magistrate judge.

2) Defendant, defense counsel, and counsel for the government shall attend.

3) The defendant will appear by videoconference using Zoom. At the time of the hearing, the defendant must be connected to the videoconference using the connection information below.

   https://ned-uscourts.zoomgov.com/j/1606806837?pwd=WnhKK3VjdXNHL2N6d3dJTVIwOE05QT09

   Meeting ID: 160 680 6837
   Password: 982349
   IP/H.323: 161.199.138.10
   SIP: 160 680 6837@sip.zoomgov.com

4) Counsel for the parties, supervising officers, and any proposed third-party custodians may attend the hearing by either:
   a. Videoconference using the connection information in Paragraph 3, or
   b. Telephone by calling **669-254-5252**, and when prompted, dial the meeting ID and password.

5) Any party who intends to call a witness (other than a supervising officer or a proposed third-party custodian) must promptly contact the chambers of the undersigned magistrate judge to set a telephone conference regarding

the issues to be addressed by the witness' testimony and the method of appearance to be used by that witness.

6) Absent leave of the court, this shall be filed as a restricted access order. **Attorneys, jail facilities, and any others who receive this order are prohibited from redistributing it to others.**

Dated this 4th day of January, 2023.

                                BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge