IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>AARON MICHAEL ZEMAN a/k/a TADASHI KURA KOJIMA,,<br><br>             Defendant. | 4:23MJ3000<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

As requested in the government's motion, (filing no. 3), which is hereby granted,

TO:    WARDEN, HALL COUNTY JAIL, OR ANY OTHER PERSON HAVING CUSTODY OF THE ABOVE-NAMED INDIVIDUAL; AND THE U.S. MARSHALS SERVICE:

We command that you have AARON MICHAEL ZEMAN a/k/a TADASHI KURA KOJIMA, now detained in the Hall County Jail, under safe and secure conduct, before Honorable Cheryl R. Zwart, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, on the 5th day of January, 2023, at 1:30 p.m., and each day thereafter as may be necessary, for the purpose of a hearing, and from time to time thereafter for further proceedings in said matter, and upon conclusion thereof to return said defendant to the custody from which he came under safe and secure conduct in accordance with the law and have you then this writ.

WITNESS THE UNITED STATES JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA.

January 5, 2023.

Jeri A Bierbower
Deputy Clerk

BY THE COURT:

Cheryl R. Zwart
United States Magistrate Judge