Slip Sheet for Sealed Document

Pretrial Services Report

Filed Separately Under Seal