TRINA A. HIGGINS, United States Attorney (#7349)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
JAN 25 '23 AM 11:40

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TADASHI KURA KOJIMA, also known as, AARON MICHAEL ZEMAN, <br><br> Defendant. | INDICTMENT <br><br> VIOLATIONS: <br> COUNT 1: 18 U.S.C. §§ 1201(a)(1), 1201(d), and 1201(g)(1), Kidnapping; <br> COUNT 2: 18 U.S.C. § 2423(a), Transportation with Intent to Engage in Criminal Sexual Activity. <br><br> Case: 1:23-cr-00006 <br> Assigned To : Nielson, Howard C., Jr <br> Assign. Date : 1/24/2023 |

The Grand Jury Charges:

### COUNT 1
18 U.S.C. §§ 1201(a)(1), 1201(d), and 1201(g)(1)
(Kidnapping)

Between on or about December 26, 2022, and December 28, 2022, in the District

of Utah and elsewhere,

TADASHI KURA KOJIMA, also known as, AARON MICHAEL ZEMAN,

person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (ii) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to:

- Republic of Gamers laptop, model RYZEN 4000, series AX200NGW, SN L8NRKD003182337
- ASOF TUF F17 Gaming laptop, model TUF706HM, SN M7NRCX06E11730G
- Motorola CE Cell phone, type MC36F
- Garmin Approach S20, SN4D0217330
- White 1998 Toyota Avalon, VIN number 4T1BF18B1WU284416
- Substitute property as allowed by 21 U.S.C. § 853(p) and 18 U.S.C. § 2253(b).

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

CAROL A. DAIN
Assistant United States Attorney