TRINA A. HIGGINS, United States Attorney (#7349)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
JAN 25 '23 AM11:40

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TADASHI KURA KOJIMA, also known as, AARON MICHAEL ZEMAN, Defendant. | INDICTMENT<br><br>VIOLATIONS:<br>COUNT 1: 18 U.S.C. §§ 1201(a)(1), 1201(d), and 1201(g)(1), Kidnapping;<br>COUNT 2: 18 U.S.C. § 2423(a), Transportation with Intent to Engage in Criminal Sexual Activity.<br><br>Case: 1:23-cr-00006<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 1/24/2023 |

The Grand Jury Charges:

**COUNT 1**
18 U.S.C. §§ 1201(a)(1), 1201(d), and 1201(g)(1)
(Kidnapping)

Between on or about December 26, 2022, and December 28, 2022, in the District of Utah and elsewhere,

TADASHI KURA KOJIMA, also known as, AARON MICHAEL ZEMAN,

5

defendant herein, did willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away MINOR A, an individual who had not attained the age of 18 years, from the State of Utah to the State of Nebraska, and held Minor A for ransom and reward and otherwise, and used the mail and any means of facility, and instrumentality of interstate commerce and foreign commerce in furtherance of the offence, and attempted to do so, when TADASHI KURA KOJIMA, also known as AARON MICHAEL ZEMAN, was over the age of 18 years and was not Minor A's parent, grandparent, brother, sister, aunt, uncle, and an individual having legal custody of Minor A; all in violation of 18 U.S.C. §§ 1201(a)(1), (d), and (g)(1).

## COUNT 2
18 U.S.C. § 2423(a)
(Transportation with Intent to Engage in Criminal Sexual Activity)

Between on or about December 26, 2022, and December 28, 2022, in the District of Utah and elsewhere,

TADASHI KURA KOJIMA, also known as, AARON MICHAEL ZEMAN, defendant herein, did knowingly transport an individual, Minor A, who had not attained the age of 18 years, in interstate commerce, with the intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense; all in violation of 18 U.S.C. § 2423(a).

### NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2428, upon conviction of any offense violating 18 U.S.C. § 2422 or 2423, the defendant(s) shall forfeit to the United States of America (i) such

person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (ii) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to:

- Republic of Gamers laptop, model RYZEN 4000, series AX200NGW, SN L8NRKD003182337
- ASOF TUF F17 Gaming laptop, model TUF706HM, SN M7NRCX06E11730G
- Motorola CE Cell phone, type MC36F
- Garmin Approach S20, SN4D0217330
- White 1998 Toyota Avalon, VIN number 4T1BF18B1WU284416
- Substitute property as allowed by 21 U.S.C. § 853(p) and 18 U.S.C. § 2253(b).

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

CAROL A. DAIN
Assistant United States Attorney

3