TRINA A. HIGGINS, United States Attorney (#7349)
CAROL A. DAIN, Assistant United States Attorney (#10065)
TRAVIS K. ELDER, Assistant United States Attorney (#11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ◆ Fax (801) 325-3310 ◆ travis.elder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>TADASHI KURA KOJIMA,<br><br>    Defendant. | Case No. 1:23-CR-00006-HCN<br><br>NOTICE OF APPEARANCE OF COUNSEL<br><br>Judge Howard C. Nielson, Jr. |

  Notice is hereby given of the entry of appearance of Travis K. Elder, Assistant United States Attorney, as **co-counsel** for the United States of America in the above-entitled action for the purposes of all forfeiture related matters.  Please serve all further notices and copies of pleadings, papers and other materials relevant to this action upon:

    Carol A. Dain (Lead Counsel)
    Assistant United States Attorney
    111 South Main Street, #1800
    Salt Lake City, Utah 84111

Travis K. Elder (Co-Counsel)
Assistant United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

Dated this 15th day of February, 2023.

                                  TRINA A. HIGGINS
                                  United States Attorney


                                  /s/ *Travis K. Elder*
                                TRAVIS K. ELDER
                                Assistant U.S. Attorney