SCOTT KEITH WILSON, Federal Public Defender (#7347)
SPENCER W. RICE, Assistant Federal Public Defender (#10281)
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: Spencer_Rice@fd.org

_____

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TADASHI KURA KOJIMA, aka AARON MICHAEL ZEMAN, Defendant. | APPEARANCE OF COUNSEL<br><br>Case No. 1:23-cr-00006 HCN |

Spencer W. Rice, Assistant Federal Public Defender, hereby enters his appearance as counsel for the defendant, TADASHI KURA KOJIMA.

DATED this 23rd day of August, 2023.

*/s/ Spencer W. Rice*
SPENCER W. RICE
Assistant Federal Public Defender