AO 442

# United States District Court

for the

**District of Utah**

**FILED**
2023 NOV 3 PM 1:24
**CLERK**
**U.S. DISTRICT COURT**

UNITED STATES OF AMERICA

V.

Case No: 1:23-cr-00006-HCN

**Kojima**

## ARREST WARRANT

To:  The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)  TADASHI KURA KOJIMA AKA AARON MICHAEL ZEMAN                              ,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information
☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition
☐ Supervised Release Violation Petition

This offense is briefly described as follows:

**Kidnapping**
**Transport of Minor with Intent for Criminal Sexual Activity**

in violation of   18:1201(a)(1), 1201(d), 1201(g)(1), 18:2423(a)                              United States Code.

Gary Serdar
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

January 25, 2023 at Salt Lake City, Utah
Date and Location

By:  Deborah Aston Eyer
Deputy Clerk

*(Seal: SUMMONS — United States District Court, District of Utah)*

Bail fixed _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/25/23 | G. Estrada DUSM | *(signature)* |
| DATE OF ARREST | | |
| 1/25/23 | | |