# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| Plaintiff, | : | **ORDER FOR PSYCHOSEXUAL EXAMINATION & TESTING** |
| | : | |
| Tadashi Kura Kojima | : | |
| | : | **DOCKET NO.** 1088 1:23CR00006-001 |
| Defendant | : | |

It appears that psychosexual examination and testing of the defendant is necessary in order that a more complete presentence report may be prepared pursuant to Rule 32(c) and 3552(c) of the Federal Rules of Criminal Procedure.

IT IS THEREFORE ORDERED that the defendant submit to an examination conducted by a qualified practitioner as directed by the Probation Office to provide information to the Court pursuant to 5 U.S.C. § 3109. Contact visits with the defendant may be needed and requested by the housing unit if possible.

THE COURT REQUIRES THE REPORT TO INCLUDE AND ANSWER THE FOLLOWING: Complete a sex offense-specific evaluation ("psychosexual evaluation") comprehensive evaluation necessary to determine the risk of recidivism, dangerousness, defendant/offender's level of deviancy, violence, and coercion. The report would indicate if treatment were necessary for assessing risk factors and formulating a recommendation for sentencing and treatment. Include any or all of the following: psychological testing, or Abel Assessment for Sexual Interest (AASI). Utilize and describe at least one actuarial risk assessment. Examples of actuarial assessments include: VRAG, SORAG, HARE PCL-R, RRASOR, STATIC 99, MNSOST-R, etc). Must be a licensed/certified PhD or Psy. D and certified as a Sex Offender provider with the Utah Department of Corrections. The Plethysmograph test will NOT be used.

IT IS FURTHER ORDERED that investigative information may be released to any approved treatment provider selected by the U.S. Probation Office for purposes of testing and evaluation.

IT IS FURTHER ORDERED that the United States Probation Office shall pay all reasonable and necessary expenses from funds allocated for such purposes with the Administrative Office of the U.S. Courts.

DATED this ___18th___ day of __November__, 20_24_

BY THE COURT:

_____
Honorable Dustin B. Pead
Chief United States Magistrate Judge