FELICE JOHN VITI, Acting United States Attorney (#7007)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email:  Carol.Dain@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TADASHI KURA KOJIMA a/k/a AARON MICHAEL ZEMAN,<br><br>  Defendant. | Case No. 1:23-cr-00006-HCN<br><br>POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS U.S.S.G. § 6A1.2, DUCrimR 32-1<br><br>Judge Howard C. Nielson, Jr. |

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Rule DUCrimR 32-1(b), Rules of Practice of the United States District Court for the District of Utah, states that after reviewing the Presentence Report prepared by the U.S. Probation Office in connection with the sentencing of the above-named defendant, that it is unaware of any matters disputed between the government and the defendant with respect to such report.

//

//

The United States has no objection to the Presentence Report.

    DATED this 27th day of March, 2025.

                                          FELICE JOHN VITI
                                          Acting United States Attorney

                                          */s/ Carol A. Dain*

                                          CAROL A. DAIN
                                          Assistant United States Attorney

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the foregoing POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS was provided electronically, to all parties named below, this 27th day of March 2025.

>Spencer W. Rice
>*Attorney for Defendant*

**DATED** this 27th day of March 2025.

>*/s/ Jennifer Salt*
>JENNIFER SALT
>Legal Administrative Specialist