Natalie Lacroix
2207 Byrnes Ct Apt L
Bel Air, MD 21015
Natalic.lacroix@gmail.com
520-809-3372

April 4th 2025

To the Honorable Judge,

I am writing to provide a character reference for Tadashi Kojima AKA Aaron Zeman. My name is Natalie Lacroix and I am the defendant's mother.

I am aware of the charges he is facing and I respect the court's authority and decision regarding these matters. I don't think my son ever set out to hurt anyone. I do know in my heart that he is not a person who acts from a place of malicious intent. He has always gone out of his way to help people and possesses compassion and empathy for the physical and emotional suffering of others. For example, we had a disabled veteran neighbor named Connelly. My son would always stop to chat with him. He would help Connelly carry groceries inside, he helped him clean his house and even remind him when to take his medication. My son saw that our neighbor was struggling with basic life tasks and helped him out of the kindness of his heart. Several times before he passed Connelly praised my son for being kind to him.

I am legally fully disabled. I suffer from severe chronic migraines, fibromyalgia and chronic back pain. My son has shown compassion for the struggle that I live. Several years ago I reached a point that I needed to file for social security disability. During that process my son sent money from his paychecks to help me pay rent. He is the only reason I didn't lose my apartment while awaiting disability determination. He lived out of state and would call me every week to check on me and his little sister.

My son still calls me regularly, nearly every day in fact. He has expressed true remorse for his actions and the way they have impacted everyone involved. I believe untreated mental health issues were a contributing factor to his thoughts and actions during the time period. He has addressed the issue with the facility physician and he seemed to be having great success with minimal medication. He has shown that he is taking responsibility by participating in and completing the voluntary class offered at the facility as well.

I am strongly optimistic my son will come out of this situation with the ability to be a positive and responsible member of society. He is already looking into work and education opportunities during incarceration. I believe his willingness to embrace a system of rehabilitation will help him greatly. Thank you for taking the time to hear a mother's perspective from the heart. Please feel free to reach out if you have any questions.

Sincerely,

Natalie Lacroix