FELICE JOHN VITI, Acting United States Attorney (7007)
CAROL A. DAIN, Assistant United States Attorney (10065)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 | Salt Lake City, Utah 84111
T: 801.524.5682 | F: 801.325.3310 | Travis.Elder@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TADASHI KURA KOJIMA, aka AARON MICHAEL ZEMAN,<br><br>Defendant. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 1:23-CR-00006-HCN<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

Travis K. Elder, Assistant United States Attorney, hereby withdraws as counsel for the United States of America, and waives any requirements to continue to receive notice from opposing counsel and from the court filings in this case subsequent to this notice, including the final judgment which closes this case. This request includes removal from the service list. All other attorneys currently representing the United States in this matter shall continue such representation.

Respectfully Submitted,

FELICE JOHN VITI
Acting United States Attorney

*/s/* **Travis K. Elder**

TRAVIS K. ELDER
Assistant U.S. Attorney